IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41124
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROY DIXON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-94-CR-9-1
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Roy Dixon, federal prisoner #66303-079, appeals the district court's denial of his pro se motion for reconsideration of the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c).  Dixon contends that he is entitled to a sentence reduction in light of a retroactive amendment to the sentencing guidelines.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court lacked jurisdiction to consider Dixon's motion to reconsider, which was filed more than ten days following the district court's ruling on the 18 U.S.C. § 3582(c) motion.  See United States v. Brewer, 60 F.3d 1143, 1143-44 (5th Cir. 1995); United States v. Cook, 670 F.2d 46, 48-49 (5th Cir. 1982).

AFFIRMED.